*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  August 13, 2015                    520087
_____

In the Matter of JOSEPH ROSA,
                    Petitioner,

        v
                                            MEMORANDUM AND JUDGMENT

THOMAS GRIFFIN, as
    Superintendent of Eastern
    Correctional Facility,
                    Respondent.
_____

Calendar Date:   June 8, 2015

Before:   McCarthy, J.P., Garry, Devine and Clark, JJ.

                    _____

        Joseph Rosa, Napanoch, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Peter H.
Schiff of counsel), for respondent.

                    _____

        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Ulster County) to
review a determination of respondent which found petitioner
guilty of violating a prison disciplinary rule.

        Determination confirmed.  No opinion.

        McCarthy, J.P., Garry, Devine and Clark, JJ., concur.

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.

ENTER:

Robert D. Mayberger
Clerk of the Court